## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,                                   **Criminal No. 15-170 (1) (MJD/SER)**

v.

Enrico Antonio Flemino,                         **ORDER**

        Defendant.

___

    Bradley M. Endicott, Assistant United States Attorney, Counsel for Plaintiff.

    Mark D. Nyvold, Esq., Counsel for Defendant.
___

    The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated September 16, 2015 [Docket No. 29]. Defendant objects to the Report and Recommendation to deny his motion to suppress on the grounds that such recommendation lacks factual and legal support.

    Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge Rau dated September 16, 2015.

**IT IS HEREBY ORDERED** that Defendant Enrico A. Flemino's Motion to Suppress Evidence Obtained Through Search and Seizure [Doc. No. 21] is **DENIED**.

Dated: November 3, 2015

*s/Michael J. Davis*
Michael J. Davis
United States District Court Judge